# UNITED STATES DISTRICT COURT
for the

_____ District of Columbia _____

Anastasia McKeown

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

DOJ, DOD, WHO, Novant Presby.

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case: 1:23-cv-00666
Assigned To : Unassigned
Assign. Date : 03/10/2023
Description: Pro Se Gen. Civ. (F-DECK)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

RECEIVED

MAR 10 2023

Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: ~~DOJ~~ Anastasia McKeown
   Address: 2730 Gallows Rd
   City: Vienna    State: VA    Zip Code: 22180
   County: Fairfax
   Telephone Number: 703-
   E-Mail Address: anacatmckee@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: DOJ
   Job or Title (if known):
   Address:
   City:    State:    Zip Code:
   County: Washington, DC
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [✓] Official capacity

   Defendant No. 2
   Name: ~~David~~ Novant Health
   Job or Title (if known):
   Address:
   City:    State:    Zip Code:
   County: Mecklenburg
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [✓] Official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Police refused to investigate or even record complaints that led to be sexually assaulted & poisoned, & cat injured & killed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Charlotte, NC - Salvation Army          Rutherfordton County Courthouse
Henderson, NC - Gang Free Shelter       Forest City, NC
Novant Presby, Charlotte, NC            Belmont, NC

B. What date and approximate time did the events giving rise to your claim(s) occur?

Forest city, NC - 9/2020 - 2/2021    Salvation Army CLT - 11/19 - 1/13/22
Novant Presby 11/13/2022
Rutherfordton, NC - 11/8/21          Charlotte, NC - 9/21 - 10/21
Henderson, NC - 7/22 - 9/22

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

- Home in Rutherfordton filled w/ toxic chemicals, 2 cars tampered w/ to cause severe injury, stalked & harassed.
- Moved to Charlotte where stalking/harassment continued w/ phone hacked & car broken into & hazardous chemicals put into vents. Multiple calls to CMPD resulted in further harassment, after statements used aquire more info told to organization (Novant) contemplating suing.
- Sexually assaulted in SC & came back to CLT, police took me to Novant presby where no report or rape kit done
- Powdery substance put onto cat while parked at Rutherfordton Courthouse

Salv. Army CLT - batteries soaked in coke poured into car, on belongings, in vents & on cat (poo'd blood for 2 weeks). Police did nothing.

Henderson, NC - Car tampered to be undriveable, cat found dead in woods, poisoned

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Pain & suffering + emotional distress due to stalking & harassment & invasion of privacy
- multiple kidney infections, sepsis, skin rashes, loss of hair, toxic chemical exposure
- trauma from losing emotional support animal.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want to be reimbursed for all expenses incurred from constant stalking. Above all, I want it to stop immediately. We done nothing to deserve to be under any kind of surveillance & the accusation is retaliation for discussing sexual abuse within family.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/10/23

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Anastasia McKenna

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
                City _____ State _____ Zip Code _____
Telephone Number: _____
E-mail Address: _____