# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANASTASIA MCKEOWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-00666 (UNA) |
| | ) |
| DOJ, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that the complaint, ECF No. 1, and this case, are **DISMISSED** without prejudice.

This is a final appealable order.

Date: April 19, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge